UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JASON FOCHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., a Texas Corporation; and BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case Number: 3:18 CV 406<br><br>**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

NOW COMES Real Time Resolutions, Inc. (the "RTR Defendant"), by and through counsel and pursuant to FED. R. CIV. P. 7.1, making the following disclosure regarding corporate affiliations and other entities with a direct financial interest in litigation:

1. Is the party a publicly held corporation or other publicly held entity? **No.**

2. Does party have any parent corporations? **Yes. Real Time Resolutions, Inc., is a Texas corporation wholly owned by Real Time Group, Inc., a Nevada Corporation.**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? **No.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? **No**.

Respectfully submitted this the 23rd day of August, 2018.

                                                  Hutchens Law Firm
                                                  Attorneys for Defendant Real Time
                                                  Resolutions, Inc.

    */s/Jeffrey A. Bunda*
    Jeffrey A. Bunda
    N.C. Bar No. 34432
    6230 Fairview Road
    Suite 315
    Charlotte, North Carolina 28210
    Telephone: 704.362.9255
    Facsimile: 704.362.9301
    jeff.bunda@hskplaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JASON FOCHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., a Texas Corporation; and BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case Number: 3:18 CV 406 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2018, I served a copy of the foregoing *DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION* by either electronic notice in accordance with local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Jason Focht
2429 Vail Ave # B9
Charlotte, NC 28207
*Pro Se Plaintiff*

                                                  Hutchens Law Firm
                                                  Attorneys for Defendant Real Time
                                                  Resolutions, Inc.

                                                  */s/Jeffrey A. Bunda*
                                                  Jeffrey A. Bunda
                                                  N.C. Bar No. 34432

6230 Fairview Road  
Suite 315  
Charlotte, North Carolina 28210  
Telephone: 704.362.9255  
Facsimile: 704.362.9301  
jeff.bunda@hskplaw.com